OPINION

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREGORIO VILLAFRANCA-CASTRO § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. B-06-136 |
| § | (CR. NO. B-04-108) ✓ |
| § | |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Petitioner Gregorio Villafranca-Castro's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is hereby DENIED and the motion is DISMISSED, and the Government's Motion to Dismiss is GRANTED.

DONE at Brownsville, Texas this _22_ day of _October_ 2007.

_____
Hilda Tagle
United States District Judge